UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JEANNINE BUFORD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 14-419-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** as follows:

(1)     Judgment is entered in favor of Defendant United States of America regarding all issues raised herein.

(2)     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(3)     The Court **CERTIFIES** that any appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

This 25th day of January, 2016.



-1-